UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-285-D-1

UNITED STATES OF AMERICA

v.

CALVIN MORTIMER BRAME

ORDER TO SEAL

On motion of the defendant, Calvin Mortimer Brame, and for good cause shown, it is hereby ORDERED that the **[DE 63]** be sealed until further notice by this Court.

SO ORDERED. This 30 day of October 2017.

JAMES C. DEVER III
Chief United States District Judge