UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-285-D(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| CALVIN MORTIMER BRAME | ) | |

Upon Motion of the United States, it is hereby ORDERED that the Government's Response in Opposition to Defendant's Motion for Sentence Reduction in the above-captioned matter be sealed until such time as requested to be unsealed by the United States Attorney and/or ordered unsealed by the court.

SO ORDERED. This 30 day of October 2017.

JAMES C. DEVER III
Chief United States District Judge